Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHANIEL ESPINOZA,<br><br>Defendant. | Docket Number  6:20-po-00494-HBK<br><br>**MOTION TO REMOVE ASSOCIATED LATE FEES FOR VIOLATION NUMBER 9291672; AND ORDER THEREON** |

The Government, through its representative, Sean O. Anderson, acting legal officer for the National Park Service, hereby moves the Court to remove any associated late fees for violation number 9291672. The Government agrees violation number 9291672 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $180, plus the $30 processing fee. The Defendant does not oppose. The Government does not object to Defendant requesting traffic school.

Dated:  December 28, 2020         /S/ Sean O. Anderson
                                  Sean O. Anderson
                                  Acting Legal Officer
                                  Yosemite National Park

1

**ORDER**

Upon motion of the United States filed on December 28, 2020 (Doc. No. 6) in the matter of *United States v. Espinoza*, case no. 6:20-po-00494-HBK (violation no. 9291672), any associated late fees are hereby removed. Violation number 9291672 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $180.00, plus the $30.00 processing fee. Considering the government's consent, traffic school is permitted for the defendant upon request.

IT IS SO ORDERED.

Dated:   December 28, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE